# EXHIBIT A

ARNETT & ARNETT, P.C.
Mark W. Arnett
1120 South Dobson Road, Suite 110
Chandler, Arizona 85286
Phone (480) 839-4600
mark@arizonainsurancelaw.com
State Bar No. 11375
Attorneys for the Plaintiff

STATE OF ARIZONA
DEPT. OF INSURANCE

JAN 1 4 2020

TIME 11:00 am
SERVICE OF PROCESS

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

WAYSIDE OASIS RV PARK LLC, a
limited liability company,

*Plaintiff,*

vs.

OWNERS INSURANCE COMPANY, a
corporation,

*Defendant.*

NO. CV CV2020-090503

SUMMONS

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

| WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help. |
| --- |

FROM THE STATE OF ARIZONA TO:  OWNERS INSURANCE COMPANY

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   •  Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   •  Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   •  Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   •  Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

COPY

SIGNED AND SEALED this date:        JAN 0 9 2020

CLERK OF THE SUPERIOR COURT   CLERK OF SUPERIOR COURT
L. GUTIERREZ
DEPUTY CLERK

By _____
        Deputy Clerk

2



JAN 0 9 2020

CLERK OF THE SUPERIOR COURT
L. GUTIERREZ
DEPUTY CLERK





**ARNETT & ARNETT** P.C.
ATTORNEYS AT LAW   BROTHERS IN FACT
1120 SOUTH DOBSON ROAD,
SUITE 110
CHANDLER, ARIZONA 85286
PHONE (480) 839-4600

Mark W. Arnett
State Bar No. 11375
mark@arizonainsurancelaw.com
Attorneys for the Plaintiff

IN THE

## 𝔖uperior 𝔠ourt

STATE OF ARIZONA

MARICOPA COUNTY

---

| | |
|---|---|
| WAYSIDE OASIS RV PARK LLC, a limited liability company, | CV2020-090503 |
| *Plaintiff*, | NO. CV_____ |
| vs. | COMPLAINT |
| OWNERS INSURANCE COMPANY, a corporation, | (TORT NON-MOTOR VEHICLE) |
| *Defendant*. | |

1      Plaintiff alleges:

### COUNT ONE

### (BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING)

2      1.      At all times mentioned herein, Defendant Owners Insurance Company ("Owners")

3   was authorized and was engaged in the business of insurance in Arizona.

1       2.     Plaintiff Wayside Oasis RV Park LLC, ("Wayside Oasis") is a limited liability

2 company incorporated in Arizona doing business in La Paz County, Arizona.

3       3.     Pursuant to A.R.S. §12-401(18), actions against insurance companies may be

4 brought in any county in which the defendant conducts any business.

5       4.     At all times mentioned herein, the Plaintiff was insured by Owners' "Tailored

6 Protection Insurance Policy" commercial property insurance.

7       5.     On or about August 2, 2019, and thereafter, Plaintiff suffered a loss covered by the

8 insurance contract, in that the generator which provides the premises with electric power was

9 destroyed by vandalism. The fuel line was cut and the generator was burned.

10       6.     The policy's Building and Personal Coverage Form defines the "Building" to

11 include "Personal property . . . that is used to maintain or service the building or structure or its

12 premises."

13       7.     Therefore, the policy covers the generator as part of the Building coverage.

14       8.     Plaintiff submitted a claim to Owners.

15       9.     Owners denied the claim stating that the generator did not meet the definition of

16 "Your Business Personal Property" which is separate from the Building coverage.

17       10.     In denying the claim, Owners ignored the Building coverage and quoted only the

18 "Your Business Personal Property" portion of the policy.

19       11.     Demand has been made upon Owners to pay benefits pursuant to the insurance

20 contract and Plaintiff has fully performed each and every act required to be performed by it in

21 accordance with the terms and conditions of the insurance contract.

22       12.     Owners has intentionally rejected Plaintiff's claim and refused to pay and continues

23 to refuse to pay the benefits of the insurance contract to Plaintiff's damage.

24       13.     Defendant has breached and continue to breach its duty of good faith and fair

25 dealing owed to Plaintiff in the following respects:

A.   Owners denied benefits under the insurance contract without a reasonable basis for denying benefits, with knowledge or reckless disregard of the lack of a reasonable basis for denying the benefits;

B.   Owners misrepresented to Plaintiff pertinent facts and insurance contract provisions relating to the insurance coverage in issue;

C.   Owners interpreted ambiguous policy provisions in favor of the insurance company to deny the insured's claim for benefits;

D.   Owners violated Plaintiff's reasonable expectation that the generator would be covered;

E.   Owners intentionally failed to provide the insured with the security and protection from calamity which are the objects of the insurance contract.

14.   Plaintiff is informed and believes and, therefore, alleges that Defendant is in breach and continues to be in breach of its duty of good faith and fair dealing owed to Plaintiff by other acts or omissions of which Plaintiff is presently unaware. Plaintiff will seek leave of Court to amend this Complaint at such times as Plaintiff discovers the other acts or omissions of Defendant constituting such breach.

15.   As a proximate result of the wrongful conduct of Defendant, Plaintiff has suffered and will continue to suffer out-of-pocket expenses, and other consequential damages, all to Plaintiff's general damages.

16.   As a result of the acts of Defendant, Plaintiff is, and shall continue to be, required to employ legal counsel and to incur financial obligation in an amount presently unknown to Plaintiff. Plaintiff is entitled to recover attorney fees pursuant to A.R.S. §12-341.01.

17.   The Defendant has acted and will continue to act in such a way as to justify the award of punitive damages.

18.   The Plaintiff demands a jury trial on all counts of this complaint.

3

1   19.   Plaintiff's claims for damages exceed $75,000.

2   20.   The complexity of Plaintiff's claims qualify this matter for assignment to Tier 2 as

3   defined by Rule 26.2(b)(2).

4   WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

5   i.   For a just and reasonable amount as actual damages for failure to provide

6   benefits under the insurance contract;

7   ii.   For a just and reasonable amount as general damages;

8   iii.   For punitive and exemplary damages in a just and reasonable amount

9   appropriate to punish Defendant and to deter Defendant and others from

10   engaging in similar conduct in the future;

11   iv.   For reasonable attorney fees and costs incurred herein; and

12   v.   For such other and further relief as the Court deems just and proper.

## COUNT TWO
## (BREACH OF CONTRACT)

13   21.   All allegations of COUNT ONE above are incorporated by reference as if fully set

14   forth herein.

15   22.   Owners has breached the insurance contract with Plaintiff to Plaintiff's damage.

16   WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

17   i.   For a just and reasonable amount as actual contract damages for failure to

18   provide benefits under the insurance contract;

19   ii.   For reasonable attorney fees and costs incurred herein; and

20   iii.   For such other and further relief as the Court deems just and proper.

4

1

DATED this _9th_ day of January, 2020.

2

ARNETT & ARNETT

3
4

By _____

Mark W. Arnett

5

1120 South Dobson Road • Suite 110

6

Chandler, Arizona 85286

7

Attorneys for the Plaintiff

5



JAN 0 9 2020

CLERK OF THE SUPERIOR COURT
L. GUTIERREZ
DEPUTY CLERK





**ARNETT & ARNETT** p.c
ATTORNEYS AT LAW   BROTHERS IN FACT
1120 SOUTH DOBSON ROAD,
SUITE 110
CHANDLER, ARIZONA 85286
PHONE (480) 839-4600

Mark W. Arnett
State Bar No. 11375
mark@arizonainsurancelaw.com
Attorneys for the Plaintiff

IN THE

# Superior Court

## STATE OF ARIZONA
### MARICOPA COUNTY.

---

|  |  |
|---|---|
| WAYSIDE OASIS RV PARK LLC, a limited liability company, | |
| *Plaintiff,* | CV2020-090503 |
| | NO. CV_____ |
| vs. | |
| OWNERS INSURANCE COMPANY, a corporation, | CERTIFICATE ON COMPULSORY |
| | ARBITRATION |
| *Defendant.* | |

1    The undersigned certifies that he knows the dollar limits and any other limitations set forth

2 by the local rules of practice for the superior court of Maricopa County, and further certifies that

3 this case **is not** subject to compulsory arbitration, as provided by Rules 72 through 76 of the

4 Arizona Rules of Civil Procedure.

1   DATED this _____ day of January, 2020.

2                                                   ARNETT & ARNETT

3                                                   By _____
4                                                   Mark W. Arnett
5                                                   1120 South Dobson Road  •  Suite 110
6                                                   Chandler, Arizona 85286
7                                                   Attorneys for the Plaintiff
8   Served with Complaint

2

 CT Corporation

**Service of Process Transmittal**
01/17/2020
CT Log Number 537010391

**TO:**   KATHLEEN LOPILATO
AUTO-OWNERS INSURANCE COMPANY
6101 Anacapri Blvd
Lansing, MI 48917-3999

**RE:**   **Process Served in Arizona**

**FOR:**   OWNERS INSURANCE COMPANY (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | WAYSIDE OASIS RV PARK LLC, etc., Pltf. vs. OWNERS INSURANCE COMPANY, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Certification |
| **COURT/AGENCY:** | Maricopa County - Superior Court, AZ<br>Case # CV2020090503 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/17/2020 postmarked on 01/15/2020 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days from the date you were served, not counting the day you were served |
| **ATTORNEY(S) / SENDER(S):** | Mark W. Arnett<br>ARNETT & ARNETT, P.C.<br>1120 South Dobson Road, Suite 110<br>Chandler, AZ 85286<br>480-839-4600 |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/20/2020, Expected Purge Date: 01/25/2020 |
| | Image SOP |
| | Email Notification,  KATHLEEN LOPILATO  lopilato.kathleen@aoins.com |
| | Email Notification,  TERRI MCCRUMB  mccrumb.terri@aoins.com |
| | Email Notification,  Lance Arnott  SOPVerification@wolterskluwer.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>208 S La Salle St Ste 814<br>Chicago, IL 60604-1101 |
| **For Questions:** | 866-331-2303<br>CentralTeam1@wolterskluwer.com |

Page 1 of  1 / AV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT B

AZ CORPORATION COMMISSION
FILED

AZ Corp. Commission

05773232

JAN 0 3 2017

FILED: 12/16/2016 1:31:35 PM

FILE NO. : 21452667-7   DOCUMENT # 05770113

FILE #: L21452667

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# ARTICLES OF ORGANIZATION

1. **ENTITY TYPE:**   LIMITED LIABILITY COMPANY

2. **ENTITY NAME:**   WAYSIDE OASIS RV PARK LLC

3. **FILE NUMBER:**   L21452667

4. **STATUTORY AGENT NAME AND ADDRESS:**

   Street Address:                        Mailing Address:

   LAURA M ORR

   14137 W POINSETTIA DR
   SURPSRISE

   AZ , AZ   85379

5. **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

   74801 WICKENBURG RD

   WENDEN , AZ   85357

6. **DURATION:**   Perpetual

7. **MANAGEMENT STRUCTURE:   Member-Managed**

The names and addresses of all Members are:

1 . DAVID C ORR
   14137 W POINSETTIA DR
   SURPRISE, AZ   85379

2  LAURA M ORR
   14137 W POINSETTIA DR
   SURPRISE, AZ   85379

**ORGANIZER:**   David C Orr                                    12/16/2016

FILED: 12/16/2016 1:31:35 PM                           DOCUMENT # 05770113

FILE #: L21452667

DO NOT WRITE ABOVE THIS LINE: RESERVED FOR ACC USE ONLY

## ARTICLES OF ORGANIZATION

1.  **ENTITY TYPE:**   LIMITED LIABILITY COMPANY

2.  **ENTITY NAME:**   WAYSIDE OASIS RV PARK LLC

3.  **FILE NUMBER:**   L21452667

4.  **STATUTORY AGENT NAME AND ADDRESS:**

> Street Address:                          Mailing Address:
>
> LAURA M ORR
>
> 14137 W POINSETTIA DR
> SURPSRISE
> AZ , AZ   85379

5.  **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

> 74801 WICKENBURG RD
>
> WENDEN , AZ   85357

6.  **DURATION:**   Perpetual

7.  **MANAGEMENT STRUCTURE:**   **Member-Managed**

The names and addresses of all Members are:

1 . **DAVID C ORR**                        2  **LAURA M ORR**

> 14137 W POINSETTIA DR                      14137 W POINSETTIA DR
>
> SURPRISE, AZ   85379                       SURPRISE, AZ   85379

**ORGANIZER:**        David C Orr                                   12/16/2016

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE

*Please read Instructions M002i*

1. **ENTITY NAME –** give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   Wayside Oasis RV Park LLC

2. **STATUTORY AGENT NAME –** give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   Laura M Orr

3. **STATUTORY AGENT SIGNATURE:**

   By the signature appearing below, the individual or entity named in number 2 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

   The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

| | | |
|---|---|---|
| *(signature)* | Laura M Orr | 12/20/2016 |
| Signature | Printed Name | Date |

**REQUIRED** – check only one:

| ☑ **Individual as statutory agent:** I am signing on behalf of myself as the individual (natural person) named as statutory agent. | ☐ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
|---|---|

| Filing Fee:  none (regular processing)<br>Expedited processing – not applicable.<br>All fees are nonrefundable - see Instructions. | Mail:<br><br>Fax: | Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona  85007<br>602-542-4100 |
|---|---|---|

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.



**COMMISSIONERS**
DOUG LITTLE -- Chairman
BOB STUMP
BOB BURNS
TOM FORESE
ANDY TOBIN

**ARIZONA CORPORATION COMMISSION**

**JODI JERICH**
Executive Director

**PATRICIA L. BARFIELD**
Director
Corporations Division


WAYSIDE OASIS RV PARK LLC
LAURA M ORR
14137 W POINSETTIA DR
SURPRISE
AZ, AZ 85379

Effective Date: 12/19/2016
File No: L-2145266-7

We have received a document submission for the above-referenced
entity. If an acceptable form of payment for the correct filing fee
was received, it has been deposited and is nonrefundable pursuant to
statute, unless otherwise noted below. The document is REJECTED
and is being returned for the following reasons:

Before the Commission can file this document, we need a letter of
acceptance from the statutory agent or the statutory agent's
signature must be included in the Articles/Application.

The submitted document requires a statutory agent acceptance
consenting to the appointment, with the statutory agent's signature.
The statutory agent's signature must be a physical (written, not
typed) signature.

PLEASE NOTE - After you correct the document, and before sending it
back to us, you must provide a physical, pen-and-ink signature next to
the printed/typed name at the end of the document. Because corrections
were made, the corrected document must have a new, pen-and-ink
signature.

·Please have David sign on the organizer line.

IMPORTANT INFORMATION:
Follow the instructions below to resubmit your document. If you
originally paid for expedited processing, the resubmitted document
will be processed within the current posted expedited time frame after
we receive the resubmission, and no additional fees are owed. If you
originally paid for regular processing time, the resubmitted document
will be processed within the current posted regular time frame after
we receive the resubmission, and no additional fees are owed. If you
want to upgrade from regular processing to expedited processing, then
you can pay the $35.00 expedite fee when you resubmit the document.

Please Note: Companies must return the corrected document within

thirty (30) calendar days of the rejection date to retain the
original file date.

  Return the following information to the Corporations Division (all
  pages must be legible):
    1. A copy of this letter;
    2. All pages of the rejected document with corrections OR
       a complete, signed, corrected document;
    3. A NEW cover sheet indicating resubmission; and
    4. Any additional paperwork or filing fees, as requested within
       this letter.
If you do not owe any additional fees or are paying by MOD account
you can email your resubmission packet as a pdf document attachment
to documentintake@azcc.gov.

If you have any questions, please feel free to contact the Customer
Service Call Center at 602-542-3026, or Arizona residents only may use
the toll free number 800-345-5819.

TO SUBSCRIBE TO THE ANNUAL REPORT EMAIL REMINDER SERVICE, GO ONLINE
TO http://ecorp.azcc.gov. USE THE SERVICE FEATURE AND SELECT
"SUBSCRIBE TO EMAIL REMINDER TO FILE ANNUAL REPORT." YOU CAN ALSO
SUBSCRIBE USING THE SEARCH FEATURE TO FIND YOUR CORPORATION'S RECORD,
THEN CLICK ON THE BUTTON FOR "ANNUAL REPORT EMAIL REMINDERS." IF YOU
CHOOSE NOT TO SUBSCRIBE, YOU WILL NOT RECEIVE ANY REMINDER AT ALL
FROM THE COMMISSION.

Tell us how we are doing. Take the online customer service survey at
www.azcc.gov/divisions/Corporations.

FIL: 001
REV. 12/2012

**RECEIVED**

JAN 0 3 2017

**ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION**

 

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## ARIZONA CORPORATION COMMISSION CORPORATIONS DIVISION

# COVER SHEET

### USE A SEPARATE COVER SHEET FOR EACH DOCUMENT
### ** ORDER COPIES USING A RECORDS REQUEST FORM **

**WHAT ARE YOU FILING?**

☐ New Entity          ☐ Change to existing entity          ☑ Re-submission of rejected filing

**ENTITY NAME -** give the exact name of the corporation as currently shown in A.C.C. records:

Wayside Oasis RV Park LLC

**EXPEDITED PROCESSING?**

| ☑ YES - add $35 to the filing fee | ☐ NO - pay only the filing fee |
|---|---|
| Document filing fees are listed on the bottom of each form or on the fee schedule on our website, http://ecorp.azcc.gov, under the FAQs. | |

**PAYMENT:**

| ☐ MOD Account #: | Total amount to deduct: |
|---|---|

**Cash -** do not mail cash. Cash may be used only for in-person submittals.
**Checks or money orders -** must be made payable to "Arizona Corporation Commission," with all words spelled out and no abbreviations. Checks must be completely and properly filled out, including the amount sections. UNACCEPTABLE CHECKS include: no imprinted or preprinted name and address of the account holder; no imprinted or preprinted check number; handwritten or stamped names, addresses, or check numbers; temporary checks (new accounts).
**Credit cards -** may be used for in-person submittals, and for online corporation annual reports, online name reservations, or online certificates of good standing. We accept only Visa, MasterCard, and American Express.

## REQUIRED - RETURN DELIVERY OPTION (PLEASE PRINT CLEARLY and select only ONE):

| ☑ | Email | Email address:  shantae@shctaxsolutions.com | |
|---|---|---|---|
| ☐ | Pick up | Name: | Phone: |
| ☐ | Mail | Name: | |
| | | Address: | |
| | | City:                              State:                    Zip: | |
| | | Phone: | |

**DOCUMENTS WILL BE MAILED IF THEY ARE NOT PICKED UP IN A TIMELY MANNER (APPROXIMATELY ONE WEEK)**

| FOR ARIZONA CORPORATION COMMISSION USE ONLY |
|---|
| PICK-UP BY: _____          DATE: _____ |

View current processing times at: www.azcc.gov/Divisions/Corporations/document-processing-times.pdf

CFCVLR REV 06/1016

Arizona Corporation Commission – Corporations Division
Page 1 of 1

# EXHIBIT C

1   Donald L. Myles, Jr., Bar #007464
    Josh M. Snell, Bar #021602
2   Patrick C. Gorman, Bar #028817
    JONES, SKELTON & HOCHULI, P.L.C.
3   40 North Central Avenue, Suite 2700
    Phoenix, Arizona  85004
4   Telephone:  (602) 263-1743
    Fax:  (602) 200-7842
5   dmyles@jshfirm.com
    jsnell@jshfirm.com
6   pgorman@jshfirm.com
    minuteentries@jshfirm.com
7
    Attorneys for Defendant Owners Insurance
8   Company

9

10              **SUPERIOR COURT OF THE STATE OF ARIZONA**

11                     **COUNTY OF MARICOPA**

12  WAYSIDE OASIS RV PARK, LLC, a limited     NO. CV2020-090503
    liability company,
13                                            **DEFENDANT OWNERS INSURANCE**
                              Plaintiff,      **COMPANY'S NOTICE OF FILING OF**
14                                            **NOTICE OF REMOVAL TO FEDERAL**
                                              **COURT**
15         v.
                                              (Assigned to the Honorable Tracey
16  OWNERS INSURANCE COMPANY, a               Westerhausen)
    corporation,
17
                              Defendant.
18

19         Defendant, Owners Insurance Company, by and through undersigned counsel and

20  pursuant to 28 U.S.C. § 1441 *et seq*., notifies this Court that it filed a Notice of Removal of this

21  action to the United States District Court for the District of Arizona.  A copy of the Notice of

22  Removal (exclusive of exhibits) is attached as Exhibit A.

23  / / /

24  / / /

25

8187871.1

1        DATED this 12th day of February, 2020.

2                                    JONES, SKELTON & HOCHULI, P.L.C.

3

4                                    By /s/ Patrick C. Gorman
                                        Donald L. Myles, Jr.
5                                       Josh M. Snell
                                        Patrick C. Gorman
6                                       40 North Central Avenue, Suite 2700
                                        Phoenix, Arizona  85004
7                                       Attorneys for Defendant Owners Insurance
                                        Company
8

9    ORIGINAL of the foregoing electronically filed
     this 12th day of February, 2020.
10

11   COPY of the foregoing e-mailed
     this 12th day of February, 2020, to:
12
     Mark W. Arnett
13   ARNETT & ARNETT
     1120 South Dobson Road, Suite 110
14   Chandler, Arizona 85286
     mark@arizonainsurancelaw.com
15   Attorneys for Plaintiff

16   /s/ Gayle M. Magadan

17

18

19

20

21

22

23

24

25

26